**PROB 12A**
**(7/93)**

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Toni Ciullo                                          Cr.: 18-00236-001
                                                                        PACTS #: 4775993

Name of Sentencing Judicial Officer:    THE HONORABLE ESTHER SALAS
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/14/2019

Original Offense:    Preparation of False Tax Returns, 26 U.S.C. § 7206(2)

Original Sentence: 16 months imprisonment, 12 months supervised release

Special Conditions: $100 - Special Assessment, $322,537 - Restitution, Financial Disclosure, Internal
Revenue Service – Cooperation, Mental Health Treatment, and New Debt Restrictions

Type of Supervision: Supervised Release                 Date Supervision Commenced: 10/06/2020

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failed to Satisfy Restitution |

U.S. Probation Officer Action:

Throughout her term of supervised release, Ciullo has paid $1,900 towards her restitution. Her supervision
is due to expire on October 5, 2021, with an outstanding restitution balance of $320,637. The Financial
Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has
a standing order for garnishment of her earnings and all future income tax refunds via the Treasury Offset
Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the
restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Toni Ciullo

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:  ELISA MARTINEZ
Supervising U.S. Probation Officer

PREPARED BY:

*Brendan G. Murillo*                     *09/27/2021*
BRENDAN G. MURILLO                Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow Supervision to Expire as Scheduled on October 5, 2021 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Hon. Esther Salas
United State District Judge

9/27/2021
Date